JUAN ANTONIO CONTRERAS
REGISTER NUMBER: 58205-079
FEDERAL CORRECTION INSTITUTE
POST OFFICE BOX 1000
BUTNER, NORTH CAROLINA 27509

**FILED**

DEC 11 2023

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY_____ DEP CLK

IN THE
UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
Western Division

| | |
|---|---|
| Juan Antonio Contreras ) | |
| ) | |
| Plaintiff, ) | CASE NO: 5:23-CT-3342-FL |
| ) | |
| v. ) | COMPLAINT FOR DAMAGES |
| ) | |
| UNITED STATES OF AMERICA ) | |
| ) | |
| Defendant. ) | |

## COMPLAINT FOR DAMAGES

Plaintiff, Juan Antonio Contreras, Pro-se, and for his causes of action against defendant United States of America, hereby complaints and alleges as follows:

### JURISDICTION AND VENUE

1. This action is brought pursuant to the Federal Tort Claim Act (FTCA, 28 U.S.C. 1346(b), 28 U.S.C. 1402(b), 2671 et seq.) against the United States of America, which has exclusive subject matter jurisdiction of federal tort claims litigation in the federal District Court.

2. Venue is proper in the Eastern District of North Carolina Pursuant to 28 U.S.C. 1402(b) and 28 U.S.C. 1391(b) because the United States is the defendant and plaintiff is a federal inmate housed in Clemson Unit, Federal Correction Institute # 1 Butner, Butner North Carolina.

3. Plaintiff timely presented an administrative tort claim to the Federal Bureau of Prisons, pursuant to 28 U.S.C 2671 et seq. claim number TRT-MXR-2023-0465, on or about 3 March 2023.

4. By correspondence, certified mail, dated 7 June 2023, to the Federal Bureau of Prisons United States Department of Justice, Mid-Atlantic Region denied Plaintiffs claim.

## STATUTORY BASIS OF LIABILITY

## AGAINST THE UNITED STATES OF AMERICA

5. This case is brought against the United States pursuant to 28 U.S.C. 2671 et seq., commonly known as the "Federal Tort Claim Act." Liability of the United States is predicated specifically on 28 U.S.C. 1346(b)(1), 2679(b)(1), 2671 et seq. because personal injuries and resulting damages that form the basis of this complaint were proximately caused by the negligence, wrongful acts, and or omissions of employees of the United States through its agency, the Federal Bureau of Prisons, Department of Justice. The employees were acting within the course and scope of his office or employment, under circumstances in which the United States, if a private person, would be liable to plaintiff in the same manner and to the same extent as a private individual under the laws of the state of North Carolina.

## NATURE OF THE ACTION

6. On or about Tuesday, 20 April 2021, at approximately 1:00 A.M.. There was a fire in the bathroom of housing section CO-4 Wing, federal correction institute, Butner, North Carolina.

Plaintiff was sleeping in my cell in housing section CO-2, upon being awaken by the housing unit officer FNU Neal, plaintiff was breathing smoke from the fire.

7. Upon evacuation from the building plaintiff suffered a low blood sugar incident. Plaintiff am an insulin-dependent Type 2 diabetic. Plaintiff became

unable to stand, dizzy and disoriented, to the point that plaintiff was given emergency medical treatment by medical staff due to being unable to get my medication as it was still located in the building.

8. The fire alarms and detectors were not operational as they had been turned off.

9. That based on information and belief that communications technicians Gary Newton and F.N.U. Stanes, in charge of maintaining functions of smoke detectors and fire alarms had turned off the system several days prior to the incident and had not turned them back on.

10. That based on information and belief, Plaintiff alleges at all times relevant here, Communications Technician Gary Newton and F.N.U. Stines were acting within the course and scope of their employment, under circumstances in which the United States if a private person, would be liable to the plaintiff in the same mannor and to the same extent as a private individual under the laws of North Carolina.

11. That based on the information and belief, defendant United States gave Gary Newton and F.N.U. Stines, permission express or implied to maintain the functions of the smoke detectors and fire alarms in Clemson Unit.

12. That based on information and belief, defendant United States neglegently entrusted, authorized the functioning of fire alarms and smoke detectors to Gary Newton and F.N.U. Stienes so as to proximately cause the injuries to Plaintiff.

### FIRST CAUSE OF ACTION NEGLIGENCE

13. Plaintiff incorporates all of the paragraphs above as though fully stated here.

14. Defendant United States is responsible for the actions and omissions of its employees pursuant to, 28 U.S.C. 1402(b); 2671 et seq., and 28 U.S.C. 2679(b)(1); 1346(b).

15. As employees of Defendant United States, G. Newton and F.N.U. Steines breached their duty to maintain a functioning fire alarm and smoke detector system in violation of National Fire Code.

16. That as a direct and proximate result of the negligence of defendant United States, Plaintiff incurred smoke inhalation injuries of cough, runny nose, irritated and swollen sinuses, sneezing, irritation of throat. Plaintiff suffered aggravation of long covid injury of pain due to damage to chest musles around lungs, low blood sugar injuries of body weakness and disorientation. Plaintiff suffered mental and psychological injury due to physical injuries and fear of impending death due to low blood sugar incident. Fire incident aggravated plaintiffs Post Traumatic Stress Dissorder (PTSD) due to fear of death and injury by fire as this was the fifth building fire incident plaintiff has suffered at this institution. (See attachment A, medical treatment records.)

17. Plaintiff incurred personal injuries that caused plaintiff to suffer great emotional distress, anxiety and grief and a great pain of body and mind, all or some conditions may be permanent and disabling, all to plaintiffs general damages in an amount not to exceed $50,000.00.

<u>DEMAND FOR JUDGEMENT</u>

Wherefore, plaintiff request relief and judgement against defendant United States

1. For general damages in an amount not to exceed $50,000.00

2. Such further relief as the Court finds just and equitable.

Dated 30 November 2023.

Juan Antonio Contreras
Register Number: 52805-079
Federal Correction Institute
Post Office Box 1000
Butner, North Carolina 27509